# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

130317

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JANET A. SHAW, a/k/a
JANET S. ROSE,
      Plaintiff-Appellant,

v

DOUGLAS C. SHAW,
      Defendant-Appellee.

SC: 130317
COA: 265502
Oakland CC: 1999-621238-DM

_____/

On order of the Court, the application for leave to appeal the November 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would remand this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006

_____
Clerk

p0517